# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **CARLOS LEMUS,** | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. **3:18-CV-1232-L** |
| **OCWEN LOAN SERVICING, LLC,** | § § § | |
| Defendant. | § § | |

## ORDER

Before the court is the parties' Stipulation to Dismiss Entire Action With Prejudice (Doc. 8), filed October 23, 2018.  The court determines that this case should be dismissed. Accordingly, all claims of Plaintiff against Defendant are hereby **dismissed with prejudice**.

**It is so ordered** this 25th day of October, 2018.

*Sam A. Lindsay*
United States District Judge

Order - Solo Page